# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

CALVIN LONG, INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF: CARLEY LONG,

        Petitioner

        v.

BETHANY CHILDREN'S HOME, INC., D.B.A. BETHANY CHILDREN'S HOME., NORFOLK SOUTHERN CORPORATION AND NORFOLK SOUTHERN RAILWAY COMPANY,

        Respondents

: No. 333 EAL 2021
:
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 4th day of January, 2022, the Petition for Allowance of Appeal is **DENIED**.

    Justice Brobson did not participate in the consideration or decision of this matter.